5

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 3 0 1998

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO MARTINEZ CANTU, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-97-220 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGES'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 25, 1998, should be adopted and the petition be dismissed. Further, all pending motions are hereby dismissed.

DONE in Brownsville, Texas, on this __30th__ day of __July__ 1998.

Filemon B. Vela
United States District Judge